In the Matter of ETHEL MAYER et al., Respondents. MORTON ROSENBERG, Appellant.

(Argued April 25, 1929; decided May 28, 1929.)

*George W. Wickersham, Edward A. Niles* and *Henry A. Blumenthal* for appellant.

*Harold R. Lhowe* and *Harold Koezenik* for respondents.

Order of the Appellate Division reversed and order of Surrogate's Court affirmed, with costs in this court and in the Appellate Division payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.